IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | CASE NO. 5:17-CR-00003-C-BQ-1 |
| | § § § | |
| GERARDO GUTIERREZ-PENA | § | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

**GERARDO GUTIERREZ-PENA,** by consent, under authority of *United States v. Dees,* 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim. P. 11, and has entered a plea of guilty to the *Indictment*. After cautioning and examining **GERARDO GUTIERREZ-PENA,** under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and that **GERARDO GUTIERREZ-PENA** be adjudged guilty and have sentence imposed accordingly.

Date: February 24, 2017.

_____
D. GORDON BRYANT, JR.
UNITED STATES MAGISTRATE JUDGE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).